**Order issued May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

No. 05-12-01152-CR
No. 05-12-01153-CR
_____

**ADAM GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices FitzGerald, Murphy, and Lewis

Based on the Court's opinion of this date, we **GRANT** the February 20, 2013 motion of Celia M. Sams for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Celia M. Sams as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Adam Guerra, TDCJ No. 1801397, Rudd Unit, 2004 Lamesa Highway, Brownfield, Texas, 79316.

/David Lewis/
DAVID LEWIS
JUSTICE